In the Matter of the Claim of BERYL M. PROPER against WILLIAM A. POLLEY et al., Doing Business under the Firm Name of POLLEY BROTHERS et al., Respondents. THE STATE INDUSTRIAL BOARD, Appellant.

(Argued March 15, 1932; decided March 29, 1932.)

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* and *John O'Hanlon* of counsel), for appellant.
*Herbert F. Hastings, Jr.,* and *Everett F. Warrington* for respondents.

Order affirmed, with costs against the State Industrial Board; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.